UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GARRETT MJ TALIF SOREZO,

        Plaintiff,

v.

THE WHITE HOUSE et al.,

        Defendants.
_____/

Case No. 1:22-cv-940

Honorable Jane M. Beckering

## ORDER OF TRANSFER

This is a civil rights action brought by a county jail detainee under 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the Isabella County Jail, in Mt. Pleasant, Isabella County, Michigan. Though unclear, it appears that Plaintiff contends that the events giving rise to Plaintiff's action occurred at that facility. (ECF No. I, PageID.4.) Plaintiff sues The White House, President Joe Biden, Isabella County Sheriff Michael Main, Former President George H.W. Bush, and Former President Barack Obama. In his *pro se* complaint, Plaintiff presents claims regarding events that occurred during his incarceration in Isabella County.

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Liberally construed, the events underlying the complaint occurred in Isabella County. Moreover, at least one Defendant—Sheriff Main—serves within Isabella County, Michigan, and therefore "resides" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Isabella County is within the geographical boundaries of the

Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District. Therefore:

      **IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

Dated:   October 17, 2022                  /s/ Ray Kent
                                                                     Ray Kent
                                                                     United States Magistrate Judge